**<u>Exhibit A</u>**

Int. Cl.: 42

Prior U.S. Cl.: 101

## United States Patent and Trademark Office

Reg. No. 1,420,543
Registered Dec. 9, 1986

### SERVICE MARK
#### PRINCIPAL REGISTER

## INTERNATIONAL STAR REGISTRY

INTERNATIONAL STAR REGISTRY OF ILLI-
NOIS, LTD. (ILLINOIS CORPORATION)
1821 WILLOW ROAD
NORTHFIELD, IL 60093

FOR: NOVELTY GIFT SERVICES, NAMELY,
DESIGNATING CELESTIAL STARS WITH
NAMES SELECTED BY CUSTOMERS AND
PROVIDING CERTIFICATES AND A REGIS-
TRY IN RECOGNITION THEREOF, IN CLASS
42 (U.S. CL. 101).

FIRST USE 6-0-1979; IN COMMERCE
9-15-1979.
OWNER OF U.S. REG. NO. 1,356,046.
NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE "STAR REGISTRY", APART
FROM THE MARK AS SHOWN.
SEC. 2(F).

SER. NO. 549,027, FILED 7-19-1985.

MARY E. HANNON, EXAMINING ATTORNEY

**Exhibit B**

Int. Cl.: 16

Prior U.S. Cls.: 2, 5, 22, 23, 29, 37, 38 and 50

Reg. No. 2,101,458

## United States Patent and Trademark Office

Registered Sep. 30, 1997

## TRADEMARK
### PRINCIPAL REGISTER

## INTERNATIONAL STAR REGISTRY

INTERNATIONAL STAR REGISTRY OF ILLI-
NOIS, LTD. (ILLINOIS CORPORATION)
34523 N. WILSON ROAD
INGLESIDE, IL 60041

FOR: PRINTED PUBLICATIONS, NAMELY,
BOOKLETS, BROCHURES, CHARTS, AND
SHEETS IDENTIFYING CELESTIAL BODIES,
PERTAINING TO ASTRONOMY AND FOR
PERSONS HAVING AN INTEREST IN AS-
TRONOMY AND TOPICS RELATED THERE-
TO, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38
AND 50).

FIRST USE 6-0-1979; IN COMMERCE
6-0-1979.

OWNER OF U.S. REG. NOS. 1,356,046 AND
1,420,543.

SEC. 2(F).

SER. NO. 75-175,895, FILED 9-27-1996.

JEFFERY COWARD, EXAMINING ATTORNEY

**<u>Exhibit C</u>**

Int. Cl.: 16

Prior U.S. Cls.: 2, 5, 22, 23, 29, 37, 38 and 50

**United States Patent and Trademark Office**

Reg. No. 2,101,459

Registered Sep. 30, 1997

## TRADEMARK
### PRINCIPAL REGISTER

## STAR REGISTRY

INTERNATIONAL STAR REGISTRY OF ILLI-
NOIS, LTD. (ILLINOIS CORPORATION)
34523 N. WILSON ROAD
INGLESIDE, IL 60041

FOR: PRINTED PUBLICATIONS, NAMELY,
BOOKLETS, BROCHURES, CHARTS, AND
SHEETS IDENTIFYING CELESTIAL BODIES,
PERTAINING TO ASTRONOMY AND FOR
PERSONS HAVING AN INTEREST IN AS-
TRONOMY AND TOPICS RELATED THERE-
TO, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38
AND 50).

FIRST USE 6–0–1979; IN COMMERCE
6–0–1979.

OWNER OF U.S. REG. NOS. 1,356,046 AND
1,420,543.

SEC. 2(F).

SER. NO. 75–175,896, FILED 9–27–1996.

JEFFERY COWARD, EXAMINING ATTORNEY

**<u>Exhibit D</u>**

Int. Cls.: 35 and 42

Prior U.S. Cls.: 100, 101 and 102

**Reg. No. 2,584,337**

## United States Patent and Trademark Office

Registered June 25, 2002

## SERVICE MARK
### PRINCIPAL REGISTER

## STARREGISTRY.COM

INTERNATIONAL STAR REGISTRY OF ILLI-
NOIS, LTD. (ILLINOIS CORPORATION)
34523 N. WILSON ROAD
INGLESIDE, IL 60041

FOR: MAIL ORDER CATALOG SERVICES FEA-
TURING PRINTED PUBLICATIONS, BOOKLETS,
BROCHURES, CHARTS AND SHEETS IDENTIFY-
ING CELESTIAL BODIES AND THEIR LOCATIONS
AND INFORMATION PERTAINING TO ASTRON-
OMY, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 5-0-1997; IN COMMERCE 5-0-1997.

FOR: NOVELTY GIFT SERVICES, NAMELY,
DESIGNATING CELESTIAL STARS WITH NAMES
SELECTED BY CUSTOMERS AND PROVIDING
CERTIFICATES TO CUSTOMERS BY MEANS OF
THE GLOBAL COMPUTER NETWORK; PROVID-
ING INFORMATION RELATING TO STARS AND
ASTRONOMY VIA THE GLOBAL COMPUTER NET-
WORK; NAMING SERVICES, NAMELY, NAMING
CELESTIAL STARS WITH NAMES SELECTED BY
CUSTOMERS VIA THE GLOBAL COMPUTER NET-
WORK AND BY TELEPHONE, IN CLASS 42 (U.S.
CLS. 100 AND 101).

FIRST USE 5-0-1997; IN COMMERCE 5-0-1997.

OWNER OF U.S. REG. NOS. 1,356,046, 2,101,459
AND OTHERS.

SEC. 2(F).

SER. NO. 75-891,187, FILED 1-7-2000.

KEVON CHISOLM, EXAMINING ATTORNEY

**<u>Exhibit E</u>**

Int. Cl.: 35

Prior U.S. Cl.: 101

## United States Patent and Trademark Office

Reg. No. 1,356,046
Registered Aug. 20, 1985

## SERVICE MARK
### SUPPLEMENTAL REGISTER

# INTERNATIONAL STAR REGISTRY

INTERNATIONAL STAR REGISTRY OF ILLINOIS, LTD. (ILLINOIS CORPORATION)
1821 WILLOW RD.
NORTHFIELD, IL 60093

FOR: NAMING DIFFERENT INDIVIDUAL STARS IN A STAR CATALOG WITH THE NAME DESIGNATED BY CUSTOMERS, PROVIDING CERTIFICATES THEREOF, AND PLACING THE CATALOG ON FILE WITH PUBLIC LIBRARIES , IN CLASS 35 (U.S. CL. 101).

FIRST USE 6–0–1979; IN COMMERCE 9–15–1979.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "STAR REGISTRY", APART FROM THE MARK AS SHOWN.

SER. NO. 459,110, FILED P.R. 12–30–1983; AM. S.R. 6–14–1985.

AVIS FRAZIER-THOMAS, EXAMINING ATTORNEY

**<u>Exhibit F</u>**

Telephone (847) 546-5533                                      www.starregistry.com



CONGRATULATIONS!

A star in the heavens has been named for you.

The certificate enclosed indicates the new name of the star and its
telescopic coordinates. The booklet with constellation charts will help
you in locating the area of the star and the large sky chart shows your
special star encircled in red.

The new star name and telescopic coordinates will be registered in the
International Star Registry's vault in Switzerland and recorded in the
astronomical compendium YOUR PLACE IN THE COSMOS, Volume XI,
copyrighted in the United States of America. Happy Star Gazing.


Interstellarly Yours,

*E. M. Stolpe*

E.M. Stolpe
Registrar

**Exhibit G**



## Corporate Headquarters USA

(800)282-3333
(847)546-5533
http://www.starregistry.com/

**Austria**
www.sterntaufe.at

**Australia**
www.starregistry.com.au

**Canada**
www.starregistry.ca

**France**
www.starbox.fr

**Germany**
www.sterntaufe.de

**Hungary**
www.csillagom.hu

**Italy**
www.starregistryitalia.it

**Japan**
www.stella-registry.co.jp

**Serbia**
www.starregistry.co.rs

**Spain**
www.estrellas.com

**Switzerland**
www.sterne.ch

**United Kingdom**
www.starregistry.co.uk



OUR PLACE IN THE COSMOS · WRITTEN BY DR. JAMES RICKARD

**Exhibit H**



In witness whereof we hereunto set our hands and affix the seal of the ★ International Star Registry ★ this ____ day of _____

Secretary          Registrar

Know ye herewith that the International Star Registry doth hereby ★ redesignate star number ★ _____
to the name ★ _____
Know ye further that this star will henceforth be known by this name ★ This name is permanently filed in The Registry's vault in ★ Switzerland and recorded in a book which will be registered in the copyright office of the ★ United States of America ★ ★

Star Registry®    www.starregistry.com®

**<u>Exhibit I</u>**



**Exhibit J**



**<u>Exhibit K</u>**



# Creating a truly International Star Registry

17th December 2018

Our International Star Registry covers the whole globe. No matter where you come from in the world; when the sun sets, and the stars come out there is a special tingly feeling every human being gets when they look up into the night sky for the first time. Every culture, every creed, every religion has a strong relationship with the stars. Hence why we think it's important to ensure that the stars are for everyone. We have created a global and international star registry that anyone from anywhere in the world can access and find their star – something we have made really simple!

You can find our Star Register on the link below!

Chat now, we're online

Wednesday, November 24, 2021

**Exhibit L**



**Google**    international star registry      ×   🎤   🔍      ⋮⋮⋮

Q All    📰 News    🛒 Shopping    🖼 Images    ▶ Videos    ⋮ More      Settings    Tools

About 215,000,000 results (0.58 seconds)

### See international star registry            Sponsored

   

**Name a Star Gift Kit From Star Registry**
$34.99
Star Register
Free shipping

**Name a Star Package - the Official US Star-...**
$19.95
Star Name Registry US
Free shipping

**Name a Star Gift Set**
$49.99
OSR

**Name a Star**
$39.90
Star-Registration.com.

Ad · www.star-name-registry.org/ ▾ (888) 915-7899
### International-Star-Registry | Name a Star - $19.95
Register a Real Star with the Official Star-Registry© Fast &Free US Delivery. Beautifully
Personalized Star Gifts, Boxed & Framed Sets Available. Buy Now! Personalized Gifts.

**Boxed + Framed**
Beautifully personalized Gift Sets.
Includes Silver Frame and Box.

**Get 25% Off With SNR25**
Use Code SNR25 At Checkout.
Get 25% Off Today

www.starregistry.com ▾
### International Star Registry: Name a Star
Claim your place in the cosmos and name a star with the **International Star Registry**. Have your
star name permanently recorded & copyrighted for many years to ...
Products · FAQ · Contact · About Us
You've visited this page 2 times. Last visit: 2/26/20

---

## International Star Registry
Marketing company

   starregistry.com

The International Star Registry is
which sells the right to unofficial
services are often marketed as g

**Headquarters:** Glenview, IL
**Founded:** 1979
**Type of business:** Private
**Founder:** Anonymous

### Profiles
  
Instagram    Facebook    Lir

 ✓ Claim this knowledge panel

**Exhibit M**



**Exhibit N**



**<u>Exhibit O</u>**



**Exhibit P**



**<u>Exhibit Q</u>**

