IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| INTERNATIONAL STAR REGISTRY OF ILLINOIS, LTD, <br><br> Plaintiff, <br> v. <br> RGIFTS LIMITED., <br> and <br> MATEI SUPPLY CORP., <br><br> Defendants. | Civil Action No. 21-CV-6446 <br><br> District Judge Sharon J. Coleman <br><br> Magistrate Judge Heather K. McShain |

**DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT PURSUANT TO RULES 12(b)(2) AND 12(b)(5) AND TO STAY DISCOVERY PENDING DISPOSITION OF THIS MOTION**

Defendants RGIFTS LIMITED ("RGIFTS") and MATEI SUPPLY CORP ("MATEI"), by and through their attorneys, The Law Offices of Konrad Sherinian, LLC ("Sherinian Law"), hereby moves to dismiss the Complaint filed by Plaintiff INTERNATIONAL STAR REGISTRY OF ILLINOIS, LTD. ("ISR") on December 2, 2021. Dkt. 1. For the reasons presented in the concurrently filed Memorandum, Defendants RGIFTS and MATEI request the Court dismiss Plaintiff's complaint pursuant to Rule 12(b)(2) for lack of personal jurisdiction over either moving Defendant and pursuant to Rule 12(b)(5) for lack of proper service to Defendant RGIFTS.

Date: January 28, 2022              By      /s/ Konrad Sherinian
                                               An Attorney for Defendant

1

<u>Attorneys for Defendants:</u>

Konrad Sherinian
The Law Offices of Konrad Sherinian, LLC
1755 Park Street
Suite #200
Naperville, IL 60563
Phone: (630) 318-2606
Fax: (630) 364-5825
Email: ksherinian@sherinianlaw.net
Email: courts@sherinianlaw.net

## **CERTIFICATE OF SERVICE**

I, Konrad Sherinian, an attorney, hereby certify that on January 28, 2022, I served the listed documents in Case No. 21-cv-6446(N.D. Ill.), otherwise known as *International Star Registry of Illinois, LTD v. RGIFTS LIMITED et al.* via the Court's CM/ECF system shortly after the filing of the listed documents to the Counsel of Record for Plaintiff International Star Registry of Illinois, LTD.

## **SERVED DOCUMENTS**

- This Certificate of Service
- Motion to Dismiss Plaintiff's Complaint Pursuant to Rule 12(b)
- Memorandum in Support of Motion to Dismiss
- Declaration of Rhys King
- Declaration of Emanuel Matei
- Declaration of Jeffrey Dixon
- Exhibits A-C in Support of Motion

/s/ Konrad Sherinian
Konrad Sherinian

Konrad Sherinian
THE LAW OFFICES OF KONRAD SHERINIAN, LLC
1755 Park Street
Suite # 200
Naperville, Illinois 60563
P: (630) 318-2606
F: (630) 364-5825
Email: ksherinian@sherinianlaw.net