# EXHIBIT 1

# HIGHLY CONFIDENTIAL

# FILED UNDER SEAL

Exhibit 1 to ISR's Reply In Support of its Motion to Dismiss and Strike RGIFTS LIMITED's Second Amended Counterclaims.