IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| INTERNATIONAL STAR REGISTRY OF ILLINOIS, LTD, <br><br> Plaintiff, <br><br> v. <br><br> RGIFTS LIMITED., <br><br> and <br><br> MATEI SUPPLY CORP., <br><br> Defendants. | Civil Action No. 21-CV-6446 <br><br> District Judge Jeffrey I. Cummings <br><br> Magistrate Judge Heather K. McShain |

### RGIFTS' AGREED MOTION TO EXTEND DISCOVERY

Defendant RGIFTS LIMITED ("RGIFTS") hereby moves this court to extend discovery to allow Plaintiff INTERNATIONAL STAR REGISTRY OF ILLINOIS, LTD. to take the deposition of Rhys King and RGIFTS LIMITED, and in support thereof, states as follows:

1. The parties have completed all depositions noticed in this case with the exception of the depositions of Rhys King and RGIFTS LIMITED.

2. The combined deposition of Rhys King and RGIFTS LIMITED was set for October 24, 2024 at 10 AM via Zoom. Mr. King is the sole 30(b)(6) designee for RGIFTS LIMITED.

3. On October 23, 2024 at 7:22 PM, counsel for RGIFTS received an email from Mr. King that stated as follows:

    Hi Konrad,

    I won't be able to attend my deposition due to a high fever and flu like illness.

1

> What's the process to reschedule in this case, I think I noted your phone number incorrectly as I don't seem to be able to send a message.

4. The entirety of the email with the contact information for Mr. King redacted is attached hereto as Exh. _.

5. Shortly thereafter, counsel for RGIFTS reached out to counsel for ISR, and indicated that Mr. King's deposition would need to be rescheduled.

6. Accordingly, RGIFTS hereby moves this court to extend fact discovery until November 22, 2024 to allow sufficient time to reschedule the deposition of Rhys King and RGIFTS LIMITED.

7. INTERNATIONAL STAR REGISTRY OF ILLINOIS, LTD. has agreed to this motion.

Date:  October 24, 2024               By      /s/ Konrad Sherinian_____
                                              An Attorney for Defendant

Attorneys for Defendants:

Konrad Sherinian
Depeng Bi
Jeffrey Dixon
The Law Offices of Konrad Sherinian, LLC
1755 Park Street
Suite #200
Naperville, IL 60563
Phone: (630) 318-2606
Fax: (630) 364-5825
Email: ksherinian@sherinianlaw.net
Email: ebi@sherinianlaw.net
Email: jdixon@sherinianlaw.net
Email: courts@sherinianlaw.net

2

## CERTIFICATE OF SERVICE

I, Konrad Sherinian, an attorney, hereby certify that on October 24, 2024, I served the listed documents in Case No. 21-cv-6446(N.D. Ill.), otherwise known as *International Star Registry of Illinois, LTD v. RGIFTS LIMITED et al.* via the Court's CM/ECF system shortly after the filing of the listed documents to the Counsel of Record for Plaintiff International Star Registry of Illinois, LTD.

## SERVED DOCUMENTS

- This Certificate of Service
- RGIFTS' Agreed Motion to Extend Discovery and Exhibit thereto
- Declaration of Konrad Sherinian

/s/ Konrad Sherinian
Konrad Sherinian

Konrad Sherinian
THE LAW OFFICES OF KONRAD SHERINIAN, LLC
1755 Park Street
Suite # 200
Naperville, Illinois 60563
P: (630) 318-2606
F: (630) 364-5825
Email: ksherinian@sherinianlaw.net