IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| INTERNATIONAL STAR REGISTRY OF ILLINOIS, LTD., <br><br> Plaintiff, <br> v. <br><br> RGIFTS LIMITED, <br><br> and <br><br> MATEI SUPPLY CORP., <br><br> Defendants. | Civil Action No. 21-CV-6446 <br><br> District Judge Jeffrey I. Cummings <br><br> Magistrate Judge Heather K. McShain |

**JOINT STATUS REPORT TO MAGISTRATE JUDGE HEATHER K. MCSHAIN**

Pursuant to the Court's Order of November 26, 2024 [Dkt. No. 209], Plaintiff International Star Registry of Illinois ("ISR") and Defendants RGIFTS Limited ("RGifts") and MATEI Supply Corp. ("MATEI") (collectively "Defendants") respectfully submit the following Joint Status Report on (i) the progress of discovery; (ii) the status of settlement discussions, if any; and (iii) any other issues the parties wish to raise with the Court.

**I.    Discovery**

Fact discovery is currently closed pursuant to the Court's order of October 25, 2024 [Dkt. No. 205].

On November 25, 2024, Plaintiff filed a motion to compel. [Dkt. No. 208]. On January 10, 2025, the Court denied Plaintiff's Motion in its entirety. [Dkt. No. 217]. Pursuant to the Court's Order, ISR will file a response to show cause regarding why it should not pay RGifts' expenses incurred in opposing the motion on January 27, 2025.

On January 16, 2025, Plaintiff disclosed the following three experts:

Keith Botner

Mark Gallagher

Peter Kent

On the same date, Defendant RGIFTS disclosed the following two experts:

Mark Keegan

Michael Einhorn

Initial reports on matters on which each party bears the burden of proof are due on February 20, 2025.

### II. Status of Settlement Discussions

There have not been any settlement discussions since the last status report.

### III. Other

**A. Is there anything else that the Plaintiff wants the Court to know?**

At this time, ISR does not have any other updates for the Court.

**B. Is there anything else that the Defendants want the Court to know?**

At this time, the Defendants do not have any other updates for the Court.

Respectfully submitted and agreed to by respective counsel for the Plaintiff and the Defendants.

By: /s/ Olivia Bedi
Olivia Bedi
Kalia Coleman
Keyonn L. Pope
Shaun Zhang
Edgar Matias
RILEY SAFER HOLMES & CANCILA LLP
1 South Dearborn Street, Suite 2200

By: /s/ Konrad Sherinian
Konrad Sherinian
Depeng Bi
Jeffrey Dixon
The Law Offices of Konrad Sherinian, LLC
1755 Park Street, Suite #200
Naperville, IL 60563
Phone: (630) 318-2606

Chicago, IL 60603  
Tel: 312-471-8700  
obedi@rshc-law.com  
kcoleman@rshc-law.com  
kpope@rshc-law.com  
szhang@rshc-law.com  
ematias@rshc-law.com  

***Attorneys For Plaintiff***

Fax: (630) 364-5825  
Email: ksherinian@sherinianlaw.net  
Email: ebi@sherinianlaw.net  
Email: jdixon@sherinianlaw.net  
Email: courts@sherinianlaw.net  

***Attorneys for Defendants***

**CERTIFICATE OF SERVICE**

This is to certify that on this 27th day of January, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to counsel of record.

/s/ Konrad Sherinian
Konrad Sherinian

Konrad Sherinian
THE LAW OFFICES OF KONRAD SHERINIAN, LLC
1755 Park Street
Suite # 200
Naperville, Illinois 60563
P: (630) 318-2606
F: (630) 364-5825
Email: ksherinian@sherinianlaw.net