**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| INTERNATIONAL STAR REGISTRY OF ILLINOIS, LTD, <br><br> Plaintiff, <br> v. <br><br> RGIFTS LIMITED, <br><br> and <br><br> MATEI SUPPLY CORP., <br><br> Defendants. | Civil Action No. 21-CV-6446 <br><br> District Judge Jeffrey I. Cummings <br><br> Magistrate Judge Heather K. McShain |

### DECLARATION OF JEFFREY DIXON IN SUPPORT OF DEFENDANTS' *PARTIALLY OPPOSED* MOTION TO DISMISS PLAINTIFF'S COMPLAINT IN PART PURSUANT TO RULE 12(c)

The undersigned, Jeffrey Dixon, after being sworn, states as follows:

1. All testimony given in this affidavit is based on my own personal knowledge, and if called at trial, I would testify as I have stated herein.

2. I am a resident of Westmont, Illinois.

3. I am an attorney of the Law Offices of Konrad Sherinian, LLC, which represents Defendants. I am a member of the bar of this Court.

4. I have attached the following documents to the MEMORANDUM IN SUPPORT OF DEFENDANTS' PARTIALLY OPPOSED MOTION TO DISMISS PLAINTIFF'S COMPLAINT IN PART PURSUANT TO RULE 12(c), which is being filed concurrently herewith. I certify that all of these documents are true and correct copies of the originals

and have not been modified, with the exception that certain non-PDF documents were converted to PDF format.

| Exhibit | Description |
|---|---|
| A | ILLINOIS TRADEMARK SEARCH RESULTS AND DETAIL REPORTS FOR "INTERNATIONAL STAR REGISTRY" AS REGISTRANT (EXTRACTED USING GoFullPage BROWSER EXTENSION) |

Under penalty of perjury the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he verily believes the same to be true.

Executed in Westmont, Illinois on February 24, 2025.

 February 24, 2025                                                   /s/ Jeffrey S. Dixon  
Executed On                                                                    Jeffrey S. Dixon