## IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | |
|---|---|
| INTERNATIONAL STAR REGISTRY OF ILLINOIS, LTD., an Illinois Corporation, | ) ) ) |
| Plaintiff/Counter Defendant, | ) Civil Action No. 21–cv–06446 ) |
| v. | ) Hon. Jeffrey I. Cummings ) Hon. Heather K. McShain ) |
| RGIFTS LIMITED, a UK Company, | ) ) |
| Defendant/Counter Claimant | ) ) |
| and, | ) ) |
| MATEI SUPPLY CORP., a California Corporation, | ) ) ) |
| Defendant. | ) ) |

**PLAINTIFF INTERNATIONAL STAR REGISTRY OF ILLINOIS, LTD.'S
OPPOSED MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT**

Plaintiff International Star Registry of Illinois, LTD ("ISR"), by and through its attorneys, Riley Safer Holmes & Cancila LLP, hereby moves to for leave to amend its Complaint. Dkt. 1. In particular, Plaintiff seeks to withdraw:

- Violations of the Illinois Trademark Act (765 ILCS 1036/1 *et seq.*) from Count III;

- Illinois Consumer Fraud and Deceptive Business Practices Act (815 ILCS 505/1–12) from Count III; and

- Dilution under Illinois Law from Count V.

For the reasons presented in the concurrently filed Memorandum, ISR requests that the Court grants its Motion for Leave to File an Amended Complaint. Defendant indicated it opposes ISR's Motion for Leave to File an Amended Complaint. *See* Exhibit C.

| | |
|---|---|
| Date: February 25, 2025 | Respectfully submitted,<br><br>/s/Olivia Bedi<br>Olivia Bedi<br>Kalia Coleman<br>Keyonn L. Pope<br>Shaun Zhang<br>Edgar Matias<br>**RILEY SAFER HOLMES & CANCILA LLP**<br>1 South Dearborn Street, Suite 2200<br>Chicago, IL 60603<br>Tel: 312-471-8700<br>obedi@rshc-law.com<br>kcoleman@rshc-law.com<br>kpope@rshc-law.com<br>szhang@rshc-law.com<br>ematias@rshc-law.com<br><br>*Counsel for Plaintiff International Star Registry of Illinois, Ltd.* |

## STATEMENT REGARDING BRIEFING SCHEDULE

On February 24, 2025, ISR informed Defendants that it would file an amended Complaint withdrawing part of Count III and the entirety of Count V. Exh. C at p. 3. ISR provided Defendants with a proposed stipulation for ISR to file an Amended Complaint, the proposed First Amended Complaint, and a "redline" of the First Amended Complaint. *Id.* Defense Counsel rejected this proposal. *Id.* Defense Counsel requested fourteen days to respond to ISR's motion. ISR requests seven days to reply to Defendants Opposition. Accordingly, the proposed schedule is below:

| | |
|---|---|
| Defendants Opposition to ISR's Motion | March 11, 2025 |
| ISR's Reply in Support of its Motion | March 18, 2025 |

Date: February 25, 2025

Respectfully submitted,

/s/Olivia Bedi
Olivia Bedi
Kalia Coleman
Keyonn L. Pope
Shaun Zhang
Edgar Matias
**RILEY SAFER HOLMES & CANCILA LLP**
1 South Dearborn Street, Suite 2200
Chicago, IL 60603
Tel: 312-471-8700
obedi@rshc-law.com
kcoleman@rshc-law.com
kpope@rshc-law.com
szhang@rshc-law.com
ematias@rshc-law.com

*Counsel for Plaintiff International Star Registry of Illinois, Ltd.*

**CERTIFICATE OF SERVICE**

This is to certify that on this 25th day of February 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Konrad Val Sherinian
Depeng Bi
Jeffrey Stephen Dixon
The Law Offices of Konrad Sherinian, LLC
1755 Park Street, Suite 200
Chicago, IL 60563
Tel. (630) 318-2606
ksherinian@sherinianlaw.net
ebi@sherinianlaw.net
jdixon@sherinianlaw.net

                                                                    */s/ Olivia Bedi*
                                                                     Olivia Bedi