IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| INTERNATIONAL STAR REGISTRY OF ILLINOIS, LTD., <br><br> Plaintiff, <br><br> v. <br><br> RGIFTS LIMITED, <br><br> and <br><br> MATEI SUPPLY CORP., <br><br> Defendants. | Civil Action No. 21-CV-6446 <br><br> District Judge Jeffrey I. Cummings <br><br> Magistrate Judge Heather K. McShain |

**JOINT STATUS REPORT TO MAGISTRATE JUDGE HEATHER K. MCSHAIN**

Pursuant to the Court's of August 5, 2025, Order (Dkt. 242), Plaintiff International Star Registry of Illinois, LTD. ("ISR") and Defendants RGifts Limited ("RGifts") and Matei Supply Corp. ("Matei") (collectively, "Defendants") respectfully submit the following Joint Status Report on (a) whether there is a need for additional discovery in light of the District Judge's ruling granting plaintiff leave to file an amended complaint, and (b) whether there is a mutual interest in a settlement conference with the Court.

**A.**     **Additional Discovery**

Neither party sees a need for additional discovery at this time.

**B.**     **Interest of the Parties in a Settlement Conference**

The parties are not interested in a settlement conference at this time.

By: */s/ Olivia Bedi*  
Olivia Bedi  
Kalia Coleman  
Keyonn L. Pope  
Shaun Zhang  

By: */s/ Konrad Sherinian*  
Konrad Sherinian  
Depeng Bi  
Jeffrey Dixon  
The Law Offices of Konrad Sherinian, LLC

| | |
|---|---|
| Michael H. Fleck<br>Edgar Matias<br>**RILEY SAFER HOLMES & CANCILA LLP**<br>1 South Dearborn Street, Suite 2200<br>Chicago, IL 60603<br>Tel: 312-471-8700<br>obedi@rshc-law.com<br>kcoleman@rshc-law.com<br>kpope@rshc-law.com<br>szhang@rshc-law.com<br>mfleck@rshc-law.com<br>ematias@rshc-law.com<br><br>***Attorneys For Plaintiff*** | 1755 Park Street, Suite #200<br>Naperville, IL 60563<br>Phone: (630) 318-2606<br>Fax: (630) 364-5825<br>Email: ksherinian@sherinianlaw.net<br>Email: ebi@sherinianlaw.net<br>Email: jdixon@sherinianlaw.net<br>Email: courts@sherinianlaw.net<br><br>***Attorneys for Defendants*** |

## **CERTIFICATE OF SERVICE**

    This is to certify that on this 12th day of August, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to counsel of record.

                                            /s/ *Konrad Sherinian*
                                            Konrad Sherinian