**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION**

| | |
|---|---|
| INTERNATIONAL STAR REGISTRY OF ILLINOIS, LTD., an Illinois Corporation, | ) ) ) |
| Plaintiff/Counter Defendant, | ) ) ) |
| v. | ) Case No. 21-cv-06446 ) |
| RGIFTS LIMITED, a UK Company., | ) ) |
| Defendant/Counter Claimant, | ) ) |
| and, | ) ) |
| MATEI SUPPLY CORP., a California Corporation, | ) ) ) |
| Defendant. | ) |

**MOTION FOR LEAVE TO WITHDRAW**

Pursuant to Local Rule 83.17 of the United States District Court for the Northern District of Illinois and Rule 1.16 of the Illinois Rules of Professional Conduct, Attorneys Olivia Luk Bedi, Shaun Zhang, Keyonn Pope, Kalia Coleman, Edgar Matias, Michael Fleck, and Rachel Christensen respectfully request that this Court grant them leave to withdraw their appearances as counsel for the Plaintiff/Counterclaim Defendant International Star Registry of Illinois, Ltd. ("ISR") in the above-captioned matter. In support of this motion, the attorneys aver as follows:

1. Attorneys from Riley Safer Holmes and Cancila ("RSHC") entered their appearances on August 16, 2024 (Dkts. 166-170), March 18, 2025 (Dkt. 227), and March 19, 2025 (Dkt. 229).

2. Attorneys from RSHC replaced attorneys from O'Hagan Meyer, LLC and Ladas & Parry LLP.

1

3. Attorneys from RSHC represented ISR in this matter throughout the discovery process, including expert discovery, which is now complete (except as described below). The Parties submitted a joint status report (Dkt. 244) to Magistrate Judge McShain on August 12, 2025, reporting the same.

4. At this time, only ISR's September 12, 2024, Motion to Dismiss Defendants' Second Amended Counterclaim (Dkt. 182) remains pending, and discovery is stayed with respect to these counterclaims, but ISR has no impending deadlines, and no trial date has been set.

5. An Amended Complaint (Dkt. 243) was filed on August 11, 2025, dropping three of the original claims. Nothing else in the complaint was changed and the amendments will not affect discovery.

6. Withdrawal by RSHC at this time will not prejudice ISR or opposing counsel as discovery has been completed and no trial date has been set.

7. Pursuant to Local Rule 1.16, RSHC has given ISR reasonable notice of RSHC's intent to withdraw its appearance as counsel for ISR.

WHEREFORE, the undersigned respectfully request that their appearances as counsel of record be withdrawn.

August 18, 2025

Respectfully submitted,

**INTERNATIONAL STAR REGISTRY OF ILLINOIS, LTD.**

*/s/ Olivia Bedi*
Olivia Bedi
Kalia Coleman
Keyonn L. Pope
Shaun Zhang
Edgar Matias
Michael Fleck
Rachel Christensen
RILEY SAFER HOLMES & CANCILA LLP

1 South Dearborn Street, Suite 2200
Chicago, IL 60603
Tel: 312-471-8700
obedi@rshc-law.com
kcoleman@rshc-law.com
kpope@rshc-law.com
szhang@rshc-law.com
ematias@rshc-law.com
mfleck@rshc-law.com
rchristensen@rshc-law.com

*Counsel for Plaintiff/Counter-Defendant
International Star Registry of Illinois, Ltd.*

**CERTIFICATE OF SERVICE**

This is to certify that on this 18 th day of August 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Konrad Val Sherinian<br>
Depeng Bi<br>
Jeffrey Stephen Dixon<br>
The Law Offices of Konrad Sherinian,<br>
LLC 1755 Park Street<br>
Suite 200<br>
Chicago, IL 60563<br>
Tel. (630) 318-2606<br>
ksherinian@sherinianlaw.net<br>
ebi@sherinianlaw.net<br>
jdixon@sherinianlaw.net

*/s/ Olivia Bedi*
Olivia Bedi
RILEY SAFER HOLMES & CANCILA LLP
1 South Dearborn Street, Suite 2200
Chicago, IL 60603
Tel: 312-471-8700
obedi@rshc-law.com