# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

International Star Registry of Illinois, Ltd.

                                        Plaintiff,

v.                                                       Case No.: 1:21−cv−06446

                                                           Honorable Jeffrey I Cummings

RGIFTS LIMITED, et al.

                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, September 18, 2025:

      MINUTE entry before the Honorable Jeffrey I Cummings: Telephonic motion hearing held on 9/18/25 on plaintiff's counsel's motion to withdraw [246]. Corporate representative Rocky Mosele appears on behalf of plaintiff International Star Registry of Illinois. Plaintiff's counsel's motion to withdraw [246] is granted without objection from plaintiff and plaintiff's counsel is terminated as counsel. Plaintiff is granted until 10/20/25 to retain new counsel and for that counsel to file an appearance in this matter. By 11/17/25, plaintiff (through newly retained counsel) shall respond to the defendants' latest settlement offer. By 11/25/25, the parties shall submit a joint status report on settlement to the Court's settlement correspondence inbox (Settlement_Correspondence_Cummings@ilnd.usco urts.gov) setting forth the status of their settlement negotiations and indicating whether they are mutually interested in participating in a settlement conference with the assigned Magistrate Judge. Plaintiff's motion to dismiss is fully briefed and the Court will issue a ruling by mail in due course. The 9/29/25 tracking status hearing is stricken and re−set to 11/3/25 at 9:00 a.m. (to track the case only, no appearance is required). Mailed notice (cc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.