**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| INTERNATIONAL STAR REGISTRY OF ILLINOIS, LTD., an Illinois corporation, ) ) )<br><br>Plaintiff, )<br>)<br>v. )<br>)<br>RGIFTS LIMITED et al. )<br>)<br>Defendant. ) | Case No. 1:21-cv-06446 |

### PLAINTIFF'S MOTION FOR AN EXTENSTION OF TIME TO RESPOND TO DEFENDANTS COUNTERCLAIM

**NOW COMES** the Plaintiff, INTERNATIONAL STAR REGISTRY OF ILLINOIS, LTD., by and through its attorneys, Gregory E. Kulis & Associates, and in support of said motion states as follows:

1) Attorney's at O'Hagen Meyer recently withdrew as Plaintiff's attorneys.

2) Kulis Law filed an appearance a bit over a week ago.

3) Kulis Law has not yet received or obtained the complete file in this matter.

4) In reviewing the docket, a responsive pleading is due on November 12, 2025, as to Defendant's counterclaim.

5) Plaintiff's attorney will need 21 days to obtain and digest the file and to respond to the Defendant's counterclaim.

6) There is absolute good cause in that the case has been pending for some time and new counsel needs time to obtain the file and familiarize with this matter.

1

**WHEREFORE**, the Plaintiff prays that it be given until November 25, 2025, to answer the counterclaim.

                                    **Respectfully Submitted,**

                                    INTERNATIONAL STAR REGISTRY
                                    OF ILLINOIS, LTD

                                    /s/ Gregory E. Kulis
                                    One of Plaintiff's Attorneys

Atty. Gregory E. Kulis
Gregory E. Kulis & Associates, Ltd.
134 North LaSalle Street, Suite #444
Chicago, Illinois 60602
p. (312) 580-1830
gkulis@kulislawltd.com
service@kulislawltd.com