**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

INTERNATIONAL STAR REGISTRY OF)
ILLINOIS, LTD., an Illinois corporation, )
                                 )
       **Plaintiff,**       )
                                 )     **Case No. 1:21-cv-06446**
      **v.**                 )
                                 )
RGIFTS LIMITED et al.        )
                                 )
      **Defendant.**      )

**PLAINTIFF'S UNOPPOSED MOTION FOR AN EXTENSTION OF TIME TO RESPOND TO DEFENDANTS SECOND AMENDED COUNTERCLAIM**

**NOW COMES** the Plaintiff, INTERNATIONAL STAR REGISTRY OF ILLINOIS, LTD., by and through its attorneys, Gregory E. Kulis & Associates, and in support of said Motion states as follows:

1) Plaintiff responses to Defendant's second amended counterclaim **is** due December 3, 2025.

2) Unfortunately, Plaintiff is deep into pretrial and trial preparation for a trial in the matter of *Roman v. Bogard (20 CV 01717)*, of which a two-week trial is to commence on December 8, 2025.

3) In addition, one of Kulis Law & Associates attorneys is out of the country for a week further compounding the coverage of matters.

4) Attorney Gregory E. Kulis and Defendants Counsel Konrad Sherinian spoke, and Attorney Sherinian has agreed that Plaintiff can respond to the Second Amended Counterclaim by December 31, 2025.

5) Attorney Sherinian is unopposed to this extension as long as this extension is the final extension with no further requests.

6) No party will be adversely affected by this delay with the holidays coming upon us.

**WHEREFORE**, the Plaintiff prays this Honorable Court grant its unopposed motion to extend and grants the following:

a) Plaintiff will have to December 31, 2025, to respond to defendants.

b) This is the final extension and no further extensions will be allowed.

**Respectfully Submitted,**

**INTERNATIONAL STAR REGISTRY**

**OF ILLINOIS, LTD**

/s/ Gregory E. Kulis
One of Plaintiff's Attorneys

Atty. Gregory E. Kulis
Gregory E. Kulis & Associates, Ltd.
134 North LaSalle Street, Suite #444
Chicago, Illinois 60602
p. (312) 580-1830
gkulis@kulislawltd.com
service@kulislawltd.com