**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)**
**Eastern Division**

International Star Registry of Illinois, Ltd.
                                        Plaintiff,

v.                                                       Case No.: 1:21−cv−06446
                                                            Honorable Jeffrey I Cummings

RGIFTS LIMITED, et al.
                                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, December 8, 2025:

      MINUTE entry before the Honorable Jeffrey I Cummings: Plaintiff's unopposed motion for extension of time [261] is granted. Plaintiff shall answer defendant's counterclaim by 12/31/25. The parties shall also submit an updated status report on settlement to the Court's settlement correspondence inbox (Settlement_Correspondence_Cummings@ilnd.usco urts.gov) by 12/31/25. The 12/19/25 tracking status hearing is stricken and re−set to 1/30/26 at 9:00 a.m. (to track the case only, no appearance is required). Mailed notice (cc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.