## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

International Star Registry of Illinois, Ltd.

                           Plaintiff,

v.                                      Case No.: 1:21–cv–06446

                                      Honorable Jeffrey I Cummings

RGIFTS LIMITED, et al.

                           Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, January 26, 2026:

      MINUTE entry before the Honorable Jeffrey I Cummings: Plaintiff's unopposed notice of withdrawal and for extension of time [265] is granted. Plaintiff's motion to dismiss [263] is terminated as withdrawn. Plaintiff has since filed its answer to the second amended counterclaim. The parties shall submit a status report on settlement to the Court's settlement correspondence inbox on or before 2/6/26 indicating the status of settlement negotiations and whether they are interested in participating in a settlement conference with the assigned Magistrate Judge. The 1/30/26 tracking status hearing is stricken and reset to 2/27/26 at 9:00 a.m. (to track the case only, no appearance is required). Mailed notice (cc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.