**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

International Star Registry of Illinois, Ltd.

          Plaintiff,

v.               Case No.: 1:21−cv−06446

               Honorable Jeffrey I Cummings

RGIFTS LIMITED, et al.

          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, July 16, 2026:

   MINUTE entry before the Honorable Jeffrey I Cummings: The parties' joint motion for extension of time [279] is granted. Cross−motions for summary judgment are due 8/10/26; responses are due 9/8/26; and replies are due 9/22/26. Mailed notice (cc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.