**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

INTERNATIONAL STAR REGISTRY
OF ILLINOIS, LTD,

        Plaintiff,

    v.

RGIFTS LIMITED,

and

MATEI SUPPLY CORP.,

        Defendants.

Civil Action No. 21-CV-6446

District Judge Jeffrey I. Cummings

Magistrate Judge Heather K. McShain

## DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT PURSUANT TO RULE 56

Defendants RGIFTS LIMITED ("RGIFTS") and MATEI SUPPLY CORP ("MATEI"), by and through their attorneys, The Law Offices of Konrad Sherinian, LLC ("Sherinian Law"), hereby moves for summary judgment of no liability under any count of the First Amended Complaint filed by Plaintiff INTERNATIONAL STAR REGISTRY OF ILLINOIS, LTD. ("ISR") on August 11, 2025. Dkt. 243. The FAC has four Counts, namely, Federal Trademark Infringement (Count I, [Dkt 243 ¶¶ 31-33]), Federal Unfair Competition (Count II, [Dkt 243 ¶¶ 34-47]), Illinois Deceptive Trade Practice (Count III, [Dkt 243 ¶¶ 48-50]), and Common Law Unfair Competition (Count IV, [Dkt 243 ¶¶ 51-52]).

As explained in the concurrently filed Memorandum, liability under each count requires that ISR have trademark rights (or rights amounting to the same) that are (1) valid and (2) infringed by Defendants. For the reasons presented in the Memorandum, there is no genuine dispute that each of ISR's marks is either invalid, not infringed, or

1

both invalid and not infringed. Defendants RGIFTS and MATEI therefore request that the Court grant summary judgment of no liability on each of the four counts, pursuant to Rule 56.

Further, as there is no genuine dispute that the marks STAR REGISTRY and INTERNATIONAL STAR REGISTRY are invalid for genericness, Defendants also move for summary judgment on Counts 1, 2, 4 and 5 of their Second Amended Counterclaims ([Dkt 190] ¶¶ 89-94, 98-103) and request that the Court order the cancellation of ISR's respective registrations Nos. 1,356,046, 1,420,543, 2,101,458 and 2,101,459.

Respectfully submitted,

Date:   August 10, 2026                    By:    /s/ Konrad Sherinian
                                                        An attorney for Defendants

Attorneys for Defendants

Konrad Sherinian
Email: ksherinian@sherinianlaw.net
Edward Bi
Email: ebi@sherinianlaw.net
Jeffrey S. Dixon
Email: jdixon@sherinianlaw.net

The Law Offices of Konrad Sherinian, LLC
1755 Park Street, Suite # 200
Naperville, Illinois 60563
Phone: (630) 318-2606
Fax: (630) 364-5825
Email: courts@sherinianlaw.net

## **CERTIFICATE OF SERVICE**

I, Konrad Sherinian, an attorney, hereby certify that on August 10, 2026, I served the listed documents in Case No. 21-cv-6446(N.D. Ill.), otherwise known as *International Star Registry of Illinois, LTD v. RGIFTS LIMITED et al.* via the Court's CM/ECF system shortly after the filing of the listed documents to the Counsel of Record for Plaintiff International Star Registry of Illinois, LTD.

## **SERVED DOCUMENTS**

- This Certificate of Service
- Defendants' Motion for Partial Summary Judgment
- Memorandum in Support of Defendants' Motion for Partial Summary Judgment
- Defendants' LR 56.1(a)(2) Statement of Proposed Findings of Fact
- Exhibits 1-46 to Defendants' LR 56.1(a)(2) Statement of Proposed Findings of Fact

/s/ Konrad Sherinian
Konrad Sherinian

Konrad Sherinian
THE LAW OFFICES OF KONRAD SHERINIAN, LLC
1755 Park Street
Suite # 200
Naperville, Illinois 60563
P: (630) 318-2606
F: (630) 364-5825
Email: ksherinian@sherinianlaw.net